**RECEIVED**

(Rev. 5/1/13)
MAY 0 1 2019


TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

ROBERT LEE WILLIAMS       Civil Action No. 3:19-cv-0563     SEC. P
Plaintiff
Prisoner # P-6334 / DOC # 737834
VS.                                         Judge _____
MIKE STONE, ETC..."        Magistrate Judge _____
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.  **Previous Lawsuits**

  a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

      Yes ☐   No ☑

  b.  If your answer to the preceding question is "Yes," provide the following information.

      1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

          _____
          _____

      2.  Name the parties to the previous lawsuit(s):

          Plaintiffs: _____

          Defendants: _____

      3.  Docket number(s): _____

      4.  Date(s) on which each lawsuit was filed: _____

      5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

          _____

ATTACHED - SHEET DEFENDANTS
P-1

## SECTION III

DEFENDANT NURSE VICKIE REEVES IS EMPLOYED AS MEDICAL NURSE LPDC AT P.O. BOX-2028, RUSTON, LA 71273.

DEFENDANT TRACY MCNEAL IS EMPLOYED AS THE CAFETERIA DIETIAN LPDC AT P.O. BOX-2028, RUSTON, LA, 71273.

DEFENDANT CAPT. RANDY WILLIAMS IS EMPLOYED AS SECURITY STAFF LPDC, AT P.O. BOX-2028, RUSTON LA, 71273.

DEFENDANT RANDY ROBERSON, IS EMPLOYED AS LPPJ-PRESIDENT AT 100-W. TEXAS AVE, RUSTON LA-71273

DEFENDANT COURTNEY HALL, IS EMPLOYED AS LPPJ-ADMINISTRATOR AT 100-W. TEXAS AVE, RUSTON, LA, 71273.

DEFENDANT SKIP RUSSELL, IS EMPLOYED AS LPPJ-COMMITTEE CHAIRPERSON, AT 100-W TEXAS AVE, RUSTON, LA-71273.

DEFENDANT SUZETTA BAGWELL, IS EMPLOYED AS LPDC-RECORD SUPERVISOR / MAIL INSPECTOR, AT P.O. BOX-2028 RUSTON LA-71273.

DEFENDANT BRITION MANNING, IS EMPLOYED AS LPDC SECURITY DEPUTY, AT P.O. BOX-2028, RUSTON LA, 71273.

DEFENDANT SARA KNOX IS EMPLOYED AS LPDC SECURITY DEPUTY, P.O. BOX-2028 RUSTON, LA-71273.

(Rev. 5/1/13)

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes [ ]    No [✓]

        If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

        ⓪

**II.**    a.    **Name of institution and address of current place of confinement:**

"LINCOLN PARISH DETENTION CENTER"

    b.    Is there a prison grievance procedure in this institution?

        Yes [✓]    No [ ]

        1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes [✓]    No [ ]

        2.    If you did not file an administrative grievance, explain why you have not done so.

            ⓪

        3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

            ⓪

        Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**    **Parties to Current Lawsuit:**

    a.    Plaintiff, ROBERT LEE WILLIAMS
        Address LPDC, P.O. BOX 2028, RUSTON, LA 71273.

Page 2 of 4

IV   "ATTACHED SHEET P/"

## "STATEMENT OF CLAIM"

PLAINTIFF STATES THAT HE FILED SEVERAL GRIEVANCES TO ALL MENTION DEFENDANTS FROM MARCH 12, 2019 UNTIL APRIL 29, 2019. SEVERAL GRIEVANCE PRIOR NO RESULTS AT ALL. CONCERNING CONDITIONALS OF CONFINEMENT.

### "CONDITIONALS OF CONFINEMENT"

A. NO LAW LIBRARY ACCESS (3) DAYS A WEEK.
B. NO DISCIPLINARY BOARD
C. NO MEDICAL PERSONNEL 24-7
D. NO ACCESS TO YARD CALLS (3) DAYS A WEEK.
E. NO DIETION PROFESSIONAL PERSON
F. NO NOTARY PUBLIC
G. NO RECREATION PERSONNEL
H. NO CHAPLING DEPT.
I. NO LEGAL COUNSELOR WRIT-WRITERS
J. NO ACCESS TO NEWSPAPERS
K. NO (3) BALANCE NUTRITIONAL 2500 CALORIE MEALS.
L. NO ACCESS TO RADIO'S
M. NO PROFESSIONAL MEDICAL ATTENTION & TREATMENTS
N. NO STATE ISSUE CLOTHINGS, LINENINGS, BOOTS, COATS, JACKETS ETC....
O. MOLD, MILDEW IN SHOWER AREAS
P. NO BACK DOOR ACCESS TO EXIT IF FIRE?
Q. NO UP TODAY LAW BOOKS.
R. KEYS OPERATES MAJORITY OF THE DOORS, SAFETY VIOLATIONS
S. NO CLEANINGS SUPPLIES FOR TOILETS.
T. NO COPY MACHINE TO COPY COURT PAPERS.
U. NO SHAVING RAZORS
V. NO PSYCHIATRIST COUNSELOR & DOCTORS?
W. NO FRUITS SERVED ON TRAYS APPLES & ORANGES, ETC
X. NO BREAKFAST COFFEE AND ORANGE JUICE
Y. NO PROFESSIONAL SCHOOLING & VOCATIONAL schooling
Z. NO MAIL-LOG BOOK OUT GOING & COMING?

(Rev. 5/1/13)

b. Defendant, **MIKE STONE**, is employed as **SHERIFF OF LINCOLN** at **P.O. BOX-2028, RUSTON, LA. 71273**.

Defendant, **JIM TUTEN**, is employed as **WARDEN - LPDC** at **P.O. BOX-2028, RUSTON, LA-71273**.

Defendant, **PAM TORBOR**, is employed as **ASSISTANT WARDEN LPDC** at **P.O. BOX-2028, RUSTON LA-71273**.

Additional defendants, **DR. HEARN, MEDICAL DEPT. LPDC - P.O. BOX-2028 RUSTON LA-71273; SEE ADDITIONAL ATTACH SHEET DEFENDANTS:** *ATTACHED SHEET #1*

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

PLAINTIFF STATES THAT HE IS CHALLENGING THE UNLAWFUL UNPROFESSIONAL, AND UNHUMANE CRUELTY AND UNUSUAL CONDITIONALS PUNISHMENTS OF CONFINEMENT OF LINCOLN PARISH - DETENTION CENTER, WHERE AS THE - RIGHTS SAFETY'S OF THE PLAINTIFF - IS VIOLATED SO RIDICULOUS" THAT THIS - MATTER CONSTITUTION DUE PROCESS RIGHTS " BY LAW NEED TO BE REVIEW BY THE COURT - IMMEDIATELY FROM MARCH 12, 2019 UNTIL APRIL 29, 2019 PLAINTIFF HAS FILED - SEVERAL GRIEVANCE NO REPLY AT ALL " TO ALL DEFENDANTS NO REPLIES AT ALL - SEE THE FOLLOWING:

Page 3 of 4

SEE ATTACHED SHEET P-1

SECTION: V     "RELIEFS"

PLAINTIFF REQUEST FOR ALL DEFENDANTS TO PAY ALL ATTORNEY FEE'S AND WITNESSES FEE'S IN THIS MATTER. $25,000,00 DOLLARS.

PLAINTIFF REQUEST FOR THE COURT TO PROVIDE HIM AN ATTORNEY IN THIS MATTER.

PLAINTIFF REQUEST FOR AN "RESTRAIN ORDER" BECAUSE UN-NECESSARY HARASSMENTS FROM ALL OF THE DEFENDANTS RETALIATION TOWARD PLAINTIFF FOR FILING THIS LAWSUIT AGAINST THE DEFENDANTS?

PLAINTIFF REQUEST TO BE "TRANSFERRED" WITHIN (10) BUSINESS WORKING DAYS, UPON RECEIPT OF THIS MATTER.

PLAINTIFF STATES THAT? ALL DEFENDANT WERE NOTIFY FROM 3-12-19 UNTIL 4-29-19, NO RESULTS OR REPLIES. PLAINTIFF" CONTACTED ALL INDIVIDUALS BY MAILS NO REPLY AS OF YET.

PLAINTIFF "ACKNOWLEDGE THAT? SUZETTE BAGWELL TAMPERED WITH his MAILS. BY NOT SENDING THE MAILS OUT. IF SHE SENT THE MAIL OUT WHERE IS THE MAIL LOGS FROM 3-31-17 UNTIL 4-29-19? PLAINTIFF" WAS TRANSFERRED TO OCC IN MONROE LA ABOUT (10) TIMES FROM 4-4-17, UNTIL 9-19-18?

PLAINTIFF REQUEST AN EVIDENTIARY HEARING ON THIS MATTER UNDER THE LAWS OF THE U.S. CONST. AMENDS DUE PROCESS Rights CLAUSE.

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes. SEE RELIEF ATTACHED SHEET.

A.) PLAINTIFF REQUEST $50,000.00 DOLLARS FROM ALL DEFENDANT'S FOR MENTAL ANGUISH - HE ENDURE FROM SUFFERING.

B.) PLAINTIFF REQUEST FOR $40,000.00 DOLLARS FOR PAINS - SUFFERING FROM EACH DEFENDANTS.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 29 day of APRIL, 20 19.

DOC-#737834     Robert Lee Williams

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**     **Signature of Plaintiff**

# VI

## "AFFIDAVIT"

I, THE PLAINTIFF ROBERT LEE WILLIAMS # 737834, DO HEREBY AFFIRM THAT THE FACTS AND INFORMATIONS CONTAINED IN THIS CIVIL-ACTION-1983-LAWSUIT-42-U.S.C. IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER PENALTY OF PERJURY UNDER LAW.

"PLAINTIFF" FURTHER STATES THAT? ALL DEFENDANTS INDIVIDUALS ACTED IN CONCERT CONCERNING THIS MATTER" TO "TRY TO COVER UP THERE UNLAWFUL ACTIONS OF THIS UNHUMANE CONDITIONAL CONFINEMENT OF THE LINCOLN PARISH DETENTION CENTER"

PLAINTIFF FURTHER STATES THAT? IF THE COURT DENY PLAINTIFF THE RIGHTS" TO HAVE THIS MATTER ENTERTAIN BY THE COURT" IT WOULD BE AN MISCARRIAGE TO JUSTICE UNDER THE CONSTITUTION OF AMERICA?

"PLAINTIFF" FURTHER STATES THAT? THE RIDICULOUS AND SHAMEFUL CONDITIONALS OF CONFINEMENT OF LPDC? SHOULD BE BROUGHT TO THE PUBLIC EYES? CRUELTY AND UNUSUAL PUNISHMENT AT LPDC MUST BE IMMEDIATELY ABOLISH?

4/29/19         SIGNATURE # 737834
                Robert Lee Williams
                PLAINTIFF

